```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/27/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HERNANDEZ,** *individually, and on behalf of all others similarly situated*

                    **Plaintiff,**

-against-

**A-SHA FOODS USA CO. INC.,**

                    **Defendant.**

22-cv-09021 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On October 23, 2022, Plaintiff filed a Complaint commencing this action against Defendant A-Sha Foods USA Co. Inc. ECF No. 1. On January 19, 2023, the Court granted Plaintiff's letter motion requesting an extension of Defendant's time to respond to the Complaint until February 20, 2023. ECF No. 12. To date, no answer or response has been filed.

    The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **March 8, 2023**.

**SO ORDERED.**

Dated:    February 27, 2023
              New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**