UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MAIROBY HERNANDEZ, Individually, and
On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

A-SHA FOODS USA CO. INC.,

                Defendant.

---------------------------------------------------------------x

Case No. 1:22-cv-09021

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  June 27, 2023                **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

2

DATED:  June 27, 2023                         **WANG IP LAW GROUP, P.C.**

                                                                _[signature]_

Tommy SF Wang
18645 E Gale Ave, Suite 205
City of Industry, CA 91748
United States
Telephone: (626) 269-6753
Email: Twang@thewangiplaw.com

*Attorney for Defendant*

2